State of Connecticut
                ss: Watertown        March 26, 2008
County of Litchfield                          12:30 PM

I, Suzann H. Corbett, being duly sworn, deposes and says that:

I am over the age of 18 years of age, and not, a party to the above action, and I am duly authorized to make service of Process in the State of Connecticut, to wit:

A STATE MARSHAL FOR THE COUNTY OF LITCHFIELD, STATE OF CONNECTICUT

On 03/26/08 at 12:30 PM, I made service of a **Summons and Complaint, Civil Action No. 08 CV 1456 with and in the hands of Linda Thibeault, Controller of and accepting for Valenti Motors, Inc., 600 Straits Turnpike, Watertown, CT**

The within and foregoing is the original Summons and Complaint with my doings hereon endorsed.

Attest
Suzann H. Corbett
State Marshal, Litchfield County

Sworn to before me this 26th day of March, 2008

Notary Public
My Commission Expires:
2/28/2013