UNITED STATES DISTRICT COURT
Southern District of New York
----------------------------------------------------------------X

| | |
|---|---|
| VICTOR K. SOFFER | Docket No. 08 CIV. 1456 |
| Plaintiff, | |
| -against- | RULE 7.1 STATEMENT |
| VALENTI MOTORS, INC. | |
| Defendant | |

----------------------------------------------------------------X

### Statement Pursuant to F.R.C.P. 7.1

Upon information and belief, Valenti Motors, Inc. is not owned by any other corporation.

Dated: New York, New York

April 15, 2008

_____
PETER J. MADISON (PM 4934)
Attorney at Law
*Attorney for Defendant*
111 John Street, Suite 1615
New York, New York 10038
(212) 514-8087

TO:   MICHAEL A. BORG, ESQ.
      *Attorney for Plaintiff*
      40 Wall St, 26th Floor
      New York, NY 10005

STATE OF NEW YORK, COUNTY OF NEW YORK

Peter J. Madison affirms as follows under the penalty of perjury: I am not a party to the action/am an attorney duly admitted to practice in the courts of the State of New York and in the US District Court for the Southern District, am over 18 years of age, and reside at 1514 Palisade Avenue, Union City, NJ.

On April 15, 2008, I served a true copy of the annexed Rule 7.1 Statement in the following manner:

_x_ by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the United States Postal Service within the state of New York, addressed to the last known address of the addressee(s) as indicated below:

Michael A. Borg, Esq.
40 Wall Street, 26th Floor
New York, NY 10005

Affirmed on April 15, 2008

Peter J. Madison