UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08

Soffer

                      Plaintiff(s),       :

-against-       :

Valenti Motors

                      Defendant(s).       :

------------------------------------------------------------x

08 Civ. 1456 (SHS) (THK)

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE

SIDNEY H. STEIN, U.S. District Judge.

        IT IS HEREBY STIPULATED by the undersigned:

        1.     All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

        2.     Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Dated: New York, New York
          May 9, 2008

_____
Attorney for Plaintiff
Address 78 Wall St 26th Fl
          NY NY 10005
Telephone 212 268 7222

_____
Attorney for Defendant
Address 111 John St. Ste 1615
          NY NY 10038
Telephone 212 514 8087

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED,

_____
Sidney H. Stein, U.S.D.J.

Magistrate Judge _____ was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.