**MEMO ENDORSED**

**PETER J. MADISON**
ATTORNEY AT LAW
111 JOHN STREET, SUITE 1615
NEW YORK, NEW YORK 10038
E-MAIL: P.J.MADISON@LAWOFFICEOFCPDG.COM

(212) 514-8087
Fax (212) 514-7838



July 28, 2008

Magistrate Judge Theodore Katz
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Soffer v. Valenti Motors
      Docket #: 1:08-cv-01456-THK

Dear Judge Katz,

I represent the defendant in this matter, and am writing this letter to ask for a brief extension of time on a deadline which you gave to the parties. At the Case Management Conference on July 17, you instructed the attorneys to discuss settlement and report back to you in two weeks. If some progress was being made, we were to ask the court to schedule a settlement conference. If were at an impasse, we were to ask the court for a briefing schedule on some motions which the defendant intends to make.

Plaintiff's attorney and I have discussed the case, and we are still talking. We do not yet have an agreement, but there is not yet an impasse, either. We find that we would like a little more time before resorting to either an in-court settlement conference or a motion practice. We have agreed that a new deadline of August 22 would give us enough time either to work out our differences or conclude that we are not going to. I therefore ask that the deadline of July 31 for reporting back to the Court be extended to August 22. Plaintiffs counsel has agreed to this request.

Thank you for your attention to this matter.

Very truly yours,

Peter J. Madison

cc:   Michael Borg, Esq.

7/30/08

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE