**MEMO ENDORSED**

**PETER J. MADISON**
ATTORNEY AT LAW
111 JOHN STREET, SUITE 1615
NEW YORK, NEW YORK 10038
E-MAIL: P.J.MADISON@LAWOFFICEOFCPDG.COM

(212) 514-8087
Fax (212) 514-7838

August 21, 2008

Magistrate Judge Theodore Katz
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Soffer v. Valenti Motors
      Docket #: 1:08-cv-01456-THK

Dear Judge Katz,

I represent the defendant in this matter, and am writing this letter to ask for a brief extension of time on a deadline which you gave to the parties. On July 31, you instructed the attorneys to discuss settlement and report back to you by August 22. If some progress was being made, we were to ask the court to schedule a settlement conference. If were at an impasse, we were to ask the court for a briefing schedule on some motions which the defendant intends to make.

A written offer has been made to plaintiff's attorney, which is under consideration. We have discussed with Mr. Astle our need for a little more time before resorting to motion practice. We have agreed that a new deadline of September 5 would give us enough time either to work out our differences or conclude that we are not going to. Mr. Astle suggested that if we do not have an agreement by then we submit to you, in writing, a proposed briefing schedule for motions which are contemplated by the parties.

Plaintiffs counsel has agreed to this request.

Thank you for your attention to this matter.

Very truly yours,

*Peter J. Madison*
Peter J. Madison

cc:   Michael Borg, Esq.

*[Handwritten endorsement: The September 5th deadline is acceptable.]*

**SO ORDERED**
_____
THEODORE H. KATZ   8/21/08
UNITED STATES MAGISTRATE JUDGE